```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

Patrick Friedt

V.                             Case Number:  3:05cv1925 (SRU)

Monogram Credit Card Bank of GA

```
                         NOTICE  TO  COUNSEL
                         --------------------
```

The above-entitled case was reported to the Court on <u>April 18, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 18, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, April 19, 2006.

```
                         KEVIN F. ROWE, CLERK

                         By: _/s/ Barbara Sbalbi_____
                             Barbara Sbalbi
                             Deputy Clerk
```